UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-CR-00067 (1) (JMB/JFD) |
|     Plaintiff, | |
| v. | **ORDER** |
| Howard Williams Amos, Jr., | |
|     Defendant. | |

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. No. 37.) Based on that motion (*id.*); on the Plea Agreement entered into between the United States and Defendant Howard Williams Amos, Jr. (Doc. No. 34); on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and on the Court's determination, based upon all of the files and records of this proceeding, that the United States has established the requisite nexus between such property and the offense to which Amos has pleaded guilty, IT IS HEREBY ORDERED that:

    1.    The Motion for a Preliminary Order of Forfeiture (Doc. No. 37) is GRANTED;

    2.    The tan Glock model 19, 9mm pistol bearing serial number BWSV810, and all accessories and ammunition seized therewith (the Property) is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

3.  The Attorney General or her authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4.  The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5.  Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to Amos at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.  Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7.  This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:  April 10, 2025                                   /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court